# **EXHIBIT A**

| Loan No: ████02<br>Application Date: 9/17/2019<br>This is the date you signed and submitted this<br>application to the lender. | CONSUMER INSTALLMENT LOAN<br>AGREEMENT | Effective Date: 09/18/2019<br>Maturity Date: 08/14/2020 |

**THIS AGREEMENT SHALL NOT CONSTITUTE A 'NEGOTIABLE INSTRUMENT'**

Lender's Name: Opichi d/b/a Evergreen Services
Address: PO Box 834
City, State, Zip: Lac du Flambeau, WI 54538
Phone: 866-328-2556

Borrower's Name: Joann McLaughlin
Borrower's ID: ████94
Borrower's Address: ████████████
City, State, Zip: ████████
Phone:

In this Consumer Loan Agreement ("Loan Agreement"), the words "you," "your," and "I" mean the borrower who has signed this agreement. The words "we", "us" and "our" mean Opichi DBA Evergreen Services ("Lender" or "Evergreen Services") an entity owned by a Federally Recognized Native American Tribe, Lac du Flambeau Band of Lake Superior Chippewa Indians of Wisconsin ("Tribe").

"Loan" means this consumer installment loan.

**CONSENT TO ELECTRONIC COMMUNICATIONS:** The following terms and conditions govern electronic communications in connection with this Loan Agreement and the transaction evidenced hereby (the "Consent"). By electronically signing this Loan Agreement below, you are confirming that you have agreed to the terms and conditions of the Consent and that you have downloaded or printed a copy of this Consent for your records. You agree: Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, this Loan Agreement, this Consent, the Truth in Lending disclosures set forth herein, change-in-terms notices, fee and transaction information, statements, delayed disbursement letters, notices of adverse action, applicable state mandated brochures and disclosures, and transaction information ("Communications"), may be sent to you electronically by sending it to you by e-mail, or by posting the information at our web site as permitted by applicable law.

We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so. You may obtain a copy of any Communication by contacting us at: Evergreen Services, a Tribal LLC, PO Box 834, Lac du Flambeau, WI 54538 or by calling us at 866-328-2556 . You will not be charged a fee for such copy. You also can withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form. You agree to provide us with your current e-mail address for notices at the address or phone number indicated above. If your e-mail address changes, you must send us a notice of the new address by writing to us or sending us an e-mail, using secure messaging, at least five (5) days before the change. In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet through HS encryption capabilities. Netscape 4.7+ and above and Microsoft Internet Explorer 5.01+ and above support this feature. You will also need either a printer connected to your computer to print disclosures/notices or sufficient hard drive space available to save the information (e.g., 1 megabyte or more). We do not provide ISP services. You must have your own Internet Service Provider. We may amend (add to, delete or change) the terms of this consent to electronic disclosure by providing you with advance notice, in accordance with applicable law. Your signature below is an electronic signature that is fully enforceable against you in accordance with the terms of this Agreement. By electronically signing this Loan Agreement below, you are confirming that: (1) your system meets the requirements set forth above; (2) you agree to receive Communications electronically; and (3) you are able to access and print or store information presented at this website.

☑ By checking this box, you hereby agree to the terms of this Consent to Electronic Communications.

**YOUR ELECTRONIC SIGNATURE:** You acknowledge and agree that when you type your name in the indicated boxes on this document, you are providing your electronic signature on this document. By electronically signing this document, you are agreeing to all the terms and conditions set forth in the Agreement, and certifying that all information you have provided in connection with this transaction is complete and accurate. You agree that your electronic signature shall have the same force and effect, and shall bind you to this Agreement in the same manner and to the true extent as a physical signature would do, in accordance with the Electronic Signatures in Global and National Commerce Act ("ESIGN") to the extent applicable. You also agree that this Agreement and all related documents are electronic records and that, as such, they may be transferred, authenticated, stored, and transmitted by electronic means.

### TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE

The cost of your credit as a yearly rate. | FINANCE CHARGE

The dollar amount the credit will cost you. | Amount Financed

The amount of credit provided to you or on your behalf. | Maximum Amount of Total Payment

The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 633.05% | $2187.50 | $700.00 | $2,887.50 |

Your Payment Schedule (The "Payment Schedule") will be:

| Number of Payments | Amount of Payments: | Due Date |
|---|---|---|
| 1 | $175.00 | September 30, 2019 |
| 2 | $175.00 | October 15, 2019 |
| 3 | $210.00 | October 31, 2019 |
| 4 | $201.25 | November 15, 2019 |
| 5 | $192.50 | November 29, 2019 |
| 6 | $183.75 | December 13, 2019 |
| 7 | $175.00 | December 31, 2019 |
| 8 | $166.25 | January 15, 2020 |
| 9 | $157.50 | January 31, 2020 |
| 10 | $148.75 | February 14, 2020 |
| 11 | $140.00 | February 28, 2020 |
| 12 | $131.25 | March 13, 2020 |
| 13 | $122.50 | March 31, 2020 |
| 14 | $113.75 | April 15, 2020 |
| 15 | $105.00 | April 30, 2020 |
| 16 | $96.25 | May 15, 2020 |
| 17 | $87.50 | May 29, 2020 |
| 18 | $78.75 | June 15, 2020 |
| 19 | $70.00 | June 30, 2020 |
| 20 | $61.25 | July 15, 2020 |
| 21 | $52.50 | July 31, 2020 |
| 22 | $43.75 | August 14, 2020 |
| Total | $2,887.50 | |

**Late Payment Fee:** If a payment is late, you will be charged a fee of $30.00

**Non-Sufficient Funds Fee:** If your payment is returned for nonpayment for any reason, you will be charged a fee of $25.

**Security Interest:** If you have chosen the ACH Authorization option, your ACH authorization is security for this loan. If you do not authorize automatic payments, you are not giving us a security interest.

**Prepayment:** If you pay off early, you will not have to pay a prepayment penalty.
See the terms of the Loan Agreement below for any additional information about nonpayment, default, any required repayment in full before the scheduled maturity date, and prepayment refunds.

(e) means estimate.

**We here at Evergreen Services want you to understand your Loan.**

PLEASE UNDERSTAND THE FOLLOWING:
1. **This loan is designed as a short-term cash-flow solution and is not designed as a solution for longer term financial problems.**
2. **Additional Fees may accrue, if this loan is rolled over.**
3. **Credit counseling services are available to consumers who are experiencing financial problems.**

ITEMIZATION OF AMOUNT FINANCED: Amount given to you directly: $700.00

THE TOTAL OF PAYMENTS SHOWN IN THE CHART ABOVE REPRESENTS THE MAXIMUM TOTAL OF PAYMENTS THAT WILL BE PAID IF ONLY THE MINIMUM PAYMENT IS MADE ON EACH DUE DATE. YOUR ACTUAL TOTAL AMOUNT PAID FOR THE LOAN WILL BE SIGNIFICANTLY LESS IF YOU ADD ADDITIONAL AMOUNTS TO THE MINIMUM PAYMENT DUE ON EACH DUE DATE OR IF YOU PAY OFF YOUR LOAN SOONER. THERE IS NO PREPAYMENT PENALTY AND THE LOAN CAN BE PAID OFF AT ANYTIME. EVERGREEN SERVICES, LLC RECOMMENDS PAYING OFF YOUR LOAN THE SOONEST YOUR FINANCIAL BUDGET ALLOWS.

**YOUR PROMISE TO PAY:** You promise to pay us or our assignee the Total of Payments according to the terms of the Disclosures set forth in this Agreement and other permitted charges on the dates stated in your Payment Schedule set forth above. Pre-computed interest is calculated from the Disbursement Date (as defined below) based upon the assumption that you will pay us as scheduled on each Payment Due Date.

**PAYMENTS** You promise to pay the amount of the Total of Payments shown above in accordance with the Payment Schedule set forth above. If you have chosen to repay your Loan via an Automated Clearinghouse ("ACH") debit to your Bank Account, then each payment plus any fees due to us (if applicable) will be debited from your Bank Account on each Payment Due Date set forth above. The ACH Authorization must be separately executed and is set forth below. Completion of the ACH Authorization is not required to obtain a loan from us. If you have chosen to repay your Loan via certified check or money order, please mail your payments to PO Box 834, Lac du Flambeau, WI 54538 so that they are received by us on or before each Payment Due Date. Please be sure to include your Loan number on your payment instrument to facilitate crediting to your account. All mailed payments must reach us by 4 PM Central Time on the Payment Due Date. You acknowledge and agree that we have not made this Loan contingent upon your obtaining any other product or service from us.

**PAYMENT APPLICATION.** All payments will be applied first to fees due to us, then to interest and then to principal. All prepayments will be applied in the same order. Both the amount of interest charged and rate thereof are set forth respectively in the Finance Charge and Annual Percentage Rate Disclosures set forth above.

**WHEN YOU BEGIN PAYING INTEREST.** You will begin to pay interest on the Loan on your Disbursement Date. Your Disbursement Date is determined as follows: If you have chosen to repay your Loan via an Automated Clearinghouse ("ACH") debit to your Bank Account, you will begin to pay us interest on the Loan on the date the proceeds of the Loan are deposited into your Bank Account and such date will be your Disbursement Date. If you have chosen to repay your Loan via certified check or money order, then your loan proceeds will be mailed to you at the address on your application and your Disbursement Date will be the date we mail you such loan proceeds check. Unavoidable delays as a result of bank holidays, the processing schedule of your individual bank, the untimely receipt of pay stubs, if such pay stubs are required, inadvertent processing errors, "acts of God", and/or "acts of terror" may extend the time for disbursement. Interest is calculated with respect to this loan on the unpaid amount of the Loan each day from the Disbursement Date until the Loan and all related fees have been paid in full. In calculating your Payment Schedule and each Payment Due Date, we have assumed that you will make each payment on the Payment Due Date in the amount due. The first Installment Period on the loan begins with the Effective Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged interest on the entire installment period beginning on the first day of the Installment Period. In calculating your payments, we have assumed you will make each payment on the day and in the amount due. If any payment is received after the Payment Due Date, you may be required to pay any additional interest that accrues after such date. If any payment is made before the Payment Due Date, the interest is assessed on the first day of the loan period but is paid at the end of the loan period and therefore cannot be prorated if the payment is paid early. . Time is of the essence, which means that there are no grace periods for when payments must be made. If any payment is due on a day on which your bank is not open, then such payment shall be due on the day before the bank is closed.

**CALCULATION OF INTEREST AND PAYMENTS:** The interest charged hereunder is calculated using the simple interest method and has been computed upon the basis that you will pay all installments on the scheduled Payment Dates. You will only be charged the minimum payments as stated above in your Payment Schedule. However, you can make additional payments towards your principal at any time.

**PREPAYMENT.** You may prepay all or part of the amount you owe us at any time without an additional prepayment penalty. If you do so, you must pay the interest accrued on your Loan and all other amounts due up to the date of your payment. Prepayments that are less than the total amount due to us will be reflected in your final payment due.

**ATTORNEYS FEES RELATED TO COLLECTION.** You understand that in the event that Lender is required to employ an attorney at law to collect any amount due under this Agreement, you will be required to pay the reasonable fees of such attorney to protect the interest of Lender or to take any other action required to collect the amounts due hereunder.

**SECURITY.** Pursuant to Comments 2(a)(25) of the Federal Reserve Board Official Staff Commentary to Regulation Z - 226.2, we have disclosed to you that our interest in the ECheck/ACH Authorization is a security interest for Truth-in-Lending purposes only, because federal law does not clearly address whether our interest in the Check/ACH Authorization is a "security interest". If you do not authorize automatic payments, you are not giving us a security interest.

**NONSUFFICIENT FUNDS FEE (NSF FEE).** You agree to pay $25.00 if an item in payment of what you owe is returned unpaid or the Bank for any reason

rejects an ACH debit entry, the authorization for which was not properly revoked by you. You understand and agree that your bank may also charge you a fee for the presentation of an instrument for payment for which there are insufficient funds available to pay such instrument.

**LATE PAYMENT FEE.** You will be charged a fee of $30.00 for each payment that is received after the applicable Payment Due Date.

**RIGHT TO CANCEL:** YOU MAY CANCEL THIS LOAN AND THE ACH AUTHORIZATION WITHOUT COST OR FURTHER OBLIGATION TO US, IF YOU DO SO WITHIN 24 HOURS OF THE LOAN BEING APPROVED (the "Cancellation Deadline"). To cancel, you must call us at 866-328-2556 to alert us of your intention to cancel and send a signed cancellation fax to us at 1-866-252-5552. Your right to cancel your loan only applies if your loan either hasn't funded or, if it has, the funds are returned to us as explained below. If we timely receive your written notice of cancellation on or before the Cancellation Deadline but before the loan proceeds have been deposited into your Bank Account, then we will not debit your Bank Account and both your and our obligations under this Agreement will be rescinded. However, if we timely receive your written notice of cancellation on or before the Cancellation Deadline but after the loan proceeds have been deposited into your Bank Account, then you authorize us to effect a debit to your Bank Account for the principal amount of this Agreement, then if we receive payment of the principal amount via the debit, then both your and our obligations under this Agreement will be rescinded. If we do not receive payment of the principal amount by debit to your Bank Account in either of the above situations, then this Agreement will remain in full force and effect.

**DEFAULT:** You will be in default if you do any of the following: (1) you provide false or misleading information to us in connection with this Loan; (2) you fail to make any payment due to us under this Agreement or any payment provided to us is returned for any reason; or (3) you file bankruptcy or become a debtor under applicable bankruptcy laws.

**CONSEQUENCES OF DEFAULT.** If you default, we may, at our option do any of the following (as permitted under applicable law): (1) declare the entire unpaid principal balance and all accrued unpaid interest and fees immediately due and require you to pay us everything you owe us; (2) withdraw money from your Bank Account via ACH debit to obtain the funds due to us under this Agreement, if you have provided us with an ACH authorization to debit your Bank Account; and (3) obtain a judgment and take other legal action against you to obtain the funds you owe us. By taking any of these actions against you, we retain the right to use any other method to obtain the money you owe us. Failure to use any of these rights against you does not mean that we give up any other right listed above.

**CREDIT REPORTING:** We may report information about your Loan to credit bureaus. Late payments, missed payments, or other account activity may be reflected on your credit report.

**CREDIT REPORTING VERIFICATION.** You agree that we may make inquiries concerning your credit history and standing, and may report information concerning your performance under this Agreement to credit reporting agencies. You authorize us to verify your past and/or present employment history and income. You authorize us to verify the information you provided to us in connection with your Loan application. You give us consent to obtain information about you from a consumer reporting agency or other sources, including your bank. We reserve the right to withhold funding of this Loan, at any time prior to disbursement, to allow us to verify the information you have provided to us.

**BORROWER'S BANK CHARGES:** You will not hold us or our agents responsible for any fees you must pay as a result of any check or withdrawal request being presented at your bank in connection with this Agreement.

**ASSIGNMENT.** We may assign or transfer this Agreement or any of our rights hereunder. This Agreement may not be assigned by you with our prior written consent.

**TIME PERIOD.** Any cause of action arising from or in connection with this Agreement shall be asserted within one (1) year of the date upon which such cause of action occurred, or the date it should have been reasonably discovered, whichever is earlier; provided, however, the foregoing limitation shall not apply to the collection of any amounts due under this Agreement.

**ACH AUTHORIZATION TO CREDIT BANK ACCOUNT:** Unless the proceeds of this Agreement are supplied to any outstanding loan balance that you may owe to us or you notify us otherwise, by electronically signing this Agreement below, you are choosing to authorize us and our agents to initiate an Automated Clearing House ("ACH") credit entry to your Bank Account to disburse the proceeds of this loan.

**ACH DEBIT AUTHORIZATION:** Unless you chose to mail to us a check or money order for payment for this Loan, you hereby voluntarily authorize us, our agents and our successors and assigns, to initiate automatic debit entries out of your Bank Account identified above in accordance with this Agreement, including any returned payment charges and the total amount you owe if you do not pay us when you agreed in the Agreement. You also authorize us to initiate ACH debits to Your Bank Account in order to obtain payment under this Agreement. By electronically signing this Agreement below, you are authorizing us to initiate a single debit entry out of Your Bank Account via ACH for each of the following amounts: (a) for each Payment Amount on the Payment

Due Date, as described in the Payment Schedule above;

(b) for any late charges or fees accrued on each Payment Due Date;

(c) to recoup the outstanding balance of the Total of Payments, on the next Payment Date, or thereafter, if you are in default; (d) for any additional Finance Charges accrued according to this Agreement, on final Payment Due Date, or thereafter.

You agree that we may re-initiate a debit entry for the same amount if the ACH debit entry is dishonored or payment is returned for any reason. The ACH Authorizations set forth in this Agreement are to remain in full force and effect for this transaction until your indebtedness to us for the Total of Payments, plus any other charges or fees incurred and described in this Agreement, is fully satisfied. You may only revoke the above authorization by contacting us directly. If you revoke your authorization, you agree to provide us with another form of payment acceptable to us.

If any payment is returned unpaid, you authorize us to make a one-time electronic fund transfer from your account to collect a fee of $25. You

voluntarily authorize us, our agents, and our successor and assigns, to initiate a debit entry to Your Bank Account for payment of this fee. You further authorize us to initiate debit entries as necessary to recoup the outstanding loan balance whenever an ACH transaction is returned to us for any reason. If your payment is returned to us by your financial institution due to insufficient funds or a closed account, you agree that we also may recover court costs and reasonable attorney's fees incurred by us.

You understand and agree that this ACH authorization is provided for your convenience, and that you have authorized repayment of your loan by ACH debits voluntarily. You agree that you may repay your indebtedness through other means, including by providing timely payment via cashier's check or money order directed to: Evergreen Services, a Tribal LLC, PO Box 834, Lac du Flambeau, WI 54538.

You authorize us to verify and update all of the information that you have provided regarding this ACH Authorization, including past and/or current information.

NOTICE OF VARYING AMOUNTS: For those customers who have chosen the ACH Debit Authorization, please note that you have the right to receive notice of all withdrawals from your Bank Account by an ACH Debit that vary in amount. However, by agreeing to let us withdraw the money from your Bank Account, you agree we only have to tell you the range of withdrawals that we can make. The range of withdrawals will be either an amount equal to your payment due or an amount equal to the outstanding balance under the Loan (which may be greater than or less than the payment due, as applicable), plus a returned payment fee as specified below. For any withdrawal outside of this specified range, we will send you a notice. Therefore, by signing this Agreement below, you are choosing to only receive notice when a withdrawal exceeds the amount in the specified range. You authorize us to vary the amount of any withdrawal as needed to repay installments due on the Loan as modified by any partial prepayments you make. TERMINATING ACH DEBIT AUTHORIZATION: For those customers who have chosen the ACH Debit Authorization, the ACH debit authorization will remain

in full force and effect until the earlier of the following occurs: (i) you satisfy all of your payment obligations under this Agreement or (ii) you tell us or the Paying Bank that we can no longer withdraw money from your Bank Account in enough time (not less than ten business days prior to the scheduled debit date) to let the Paying Bank or us stop taking the money out of your Bank Account. Terminating your ACH authorization does not relieve you of your obligation to pay your Loan in full.

**YOU MAY REVOKE YOUR AUTHORIZATION TO AUTOMATIC PAYMENTS AT ANY TIME BY CONTACTING US DIRECTLY VIA PHONE NUMBER TO 866-328-2556 OR EMAIL TO** customerservice@evergreenloans.com. Note that we will need a reasonable time to process your request and you will still be responsible for payment and agree to contact us immediately to notify us of how you are planning to make your next payment due.

For the purposes of these disclosures, our business days are Monday through Friday, 8:00 AM CST to 6:00 PM CST.
A. Bank Name: ▓▓▓▓▓▓
B. Routing/ABA No: ▓▓▓▓
C. Checking Account No: ▓▓▓▓
D. Customer Name: ▓▓▓▓▓

**If you choose the ACH payment option below, you authorize us to effect ACH debit and credit entries referenced above for this loan, you also agree to the ACH Authorizations set forth in this Agreement. You acknowledge and agree that this ACH Authorization to Credit and Debit Bank Account inures to the benefit of Evergreen Services, a Tribal LLC, its affiliates, agents, employees, successors, and registered assigns and that choosing ACH as your payment method is an option and is not required in order to obtain a loan from Evergreen Services.**

☑ By checking this box you hereby AGREE to the terms of this ACH Authorization section in this Agreement. YOU ALSO HEREBY UNDERSTAND AND AGREE THAT THIS LOAN IS NOT CONDITIONED ON PAYMENT BY ACH AND THAT YOU MAY PAY BY PAPER CHECK, MONEY ORDER OR BY ANOTHER METHOD LISTED IN THIS AGREEMENT.

**PAYMENT BY MONEY ORDER:** You may pay any payment owing under this Agreement by money order.

**CHECK CONVERSION NOTIFICATION:** When you provide a check as payment, you agree we can either use information from your check to make a one- time electronic withdrawal from your Bank Account or to process the payment as a check transaction. When we use information from your check to make a withdrawal from your Bank Account, funds may be withdrawn from your Bank Account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. For questions, please call our customer service phone number: (866) 328-2556.

Rev. September 2017

| FACTS | WHAT DOES OPICHI LLC DBA EVERGREEN SERVICES ("EVERGREEN SERVICES") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security number<br>• Income and account transactions<br>• Account balances and payment history<br>• Credit history and credit scores |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Evergreen Services chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Evergreen Services share? | Can you limit the sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus. | YES | NO |
| For our marketing purposes - to offer our products and services to you | YES | NO |
| For joint marketing with other financial companies | NO | WE DO NOT SHARE |
| For our affiliates everyday business purposes - information about your transactions and experiences | YES | NO |
| For our affiliates everyday business purposes - information about your creditworthiness | YES | YES |
| For our affiliates to market to you | YES | YES |
| For our nonaffiliates to market to you | YES | YES |

| To Limit Our Sharing | • Call 866-328-2556 and our menu will prompt you through your choices or<br><br>Please note: If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we can share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
|---|---|
| **Questions?** | Call 866-328-2556 |

| Who we are | |
|---|---|
| Who is providing this notice? | Evergreen Services is a d/b/a of Opichi, LLC and is a company wholly owned by the Federally Recognized Native American Tribe Lac du Flambeau Band of Lake Superior Chippewa Indians of Wisconsin and is providing this privacy policy. |

| What we do | |
|---|---|
| How does Evergreen Services protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with Tribal and federal law. These measures include computer safeguards and secured files and buildings.<br><br>All information collected is stored in a secure environment. |

| How does Evergreen Services collect my personal information? | We collect your personal information, for example, when you<br><br>■ open an account or deposit money<br>■ pay your bills or apply for a loan<br>■ give us your income information or employment history<br>■ give us your contact information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
|---|---|
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br><br>■ sharing for affiliates everyday business purposes information about your creditworthiness<br>■ affiliates from using your information to market to you<br>■ sharing for nonaffiliates to market to you |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

### Definitions

| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>● *Opichi, LLC has no affiliates. Our affiliates includes other business entities of the Lac du Flambeau Band of Lake Superior Chippewa Indians of Wisconsin.* |
|---|---|
| Nonaffiliates | Companies not related by common control. They can be financial and nonfinancial companies.<br><br>● *Nonaffiliates we share with can include service providers, data processors, and advertisers.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>● *Evergreen Services doesn't jointly market.* |

**WAIVER OF JURY TRIAL AND ARBITRATION PROVISION.**

**PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY.** Any dispute you have with Lender or anyone else under this Agreement will be resolved by binding arbitration. Arbitration replaces the right to go to court, including the right to have a jury, to engage in discovery (except as may be provided in the arbitration rules), and to participate in a class action or similar proceeding. In arbitration, a dispute is resolved by an arbitrator instead of a judge or jury. Arbitration procedures are simpler and more limited than court procedures. Any arbitration will be limited to addressing your dispute individually and will not be part of a class-wide or consolidated arbitration proceeding.

**Agreement to Arbitrate.** You agree that any Dispute (defined below) will be resolved by arbitration in accordance with Lac du Flambeau Band of Lake Superior Chippewa Indians Tribal law and any applicable federal law.

**Arbitration Defined.** Arbitration is a means of having an independent third party resolve a Dispute. A "Dispute" is any controversy or claim between you and Lender, its marketing agent, collection agent, any subsequent holder of this Note, or any of their respective agents, affiliates, assigns, employees, officers, managers, members or shareholders (each considered a "Holder" for purposes of this Agreement). The term Dispute is to be given its broadest possible meaning and includes, without limitation, all claims or demands (whether past, present, or future, including events that occurred prior to the opening of this Account), based on any legal or equitable theory (tort, contract, or otherwise), and regardless of the type of relief sought (i.e. money, injunctive relief, or declaratory relief). A Dispute includes, by way of example and without limitation, any claim arising from, related to or based upon marketing or solicitations to obtain the loan and the handling or servicing of your account whether such Dispute is based on a tribal, federal or state constitution, statute, ordinance, regulation, or common law, and including any issue concerning the validity, enforceability, or scope of this loan or the Agreement to Arbitrate.

You acknowledge and agree that by entering into this Arbitration Provision: (a) YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;

(b) YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and (c) YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES.

**Choice of Arbitrator.** Any party to a Dispute, including a Holder or its related third parties, may send the other party written notice by certified mail return receipt requested at the address appearing at the top of this Agreement of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, you shall have the right to select any of the following arbitration organizations to administer the arbitration: the American Arbitration Association (1-800-778-7879) http://www.adr.org; JAMS (1-

800-352-5267). http://www.jamsadr.com; or an arbitration organization agreed upon by you and the other parties to the Dispute. The arbitration will be governed by the chosen arbitration organization's rules and procedures applicable to consumer disputes, to the extent that those rules and procedures do not contradict either the law of the Tribe or the express terms of this Agreement to Arbitrate, including the limitations on the Arbitrator below. The party receiving notice of Arbitration will respond in writing by certified mail return receipt requested within twenty (20) days . You understand that if you demand Arbitration, you must inform us of your demand and of the arbitration organization you have selected. You also understand that if you fail to notify us, then we have the right to select the arbitration organization. Any arbitration under this Agreement may be conducted either on tribal land or within thirty miles of your residence, at your choice, provided that this accommodation for you shall not be construed in any way (a) as a relinquishment or waiver of the Tribe's sovereign status or immunity, or (b) to allow for the application of any law other than the law of the Tribe or applicable federal law to this Agreement.

**Cost of Arbitration.** We will pay the filing fee and any costs or fees charged by the Arbitrator regardless of which party initiates the arbitration. Except where otherwise provided by the law of the Tribe or applicable federal law, each party will be responsible for its own attorneys' fees and other expenses. Unless prohibited by applicable law, the arbitrator may award fees, costs, and reasonable attorneys' fees to the party who substantially prevails in the arbitration.

**Waiver of Jury Trial and Waiver of Ability to Participate in a Class Action.** YOU HEREBY AGREE THAT YOU ARE WAIVING YOUR RIGHT TO A JURY TRIAL, TO HAVE A COURT DECIDE YOUR DISPUTE, AND YOU ARE WAIVING YOUR ABILITY TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, TO PARTICIPATE IN A CLASS ACTION LAWSUIT, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION, AND TO CERTAIN DISCOVERY AND OTHER PROCEDURES THAT WOULD BE AVAILABLE IN A LAWSUIT. The arbitrator has the ability to award all remedies available under the Tribe's law and applicable federal law, whether at law or in equity, to the prevailing party, except that the parties agree that the arbitrator has no authority to conduct class-wide proceedings and will be restricted to resolving the individual Disputes between the parties. The validity, effect, and enforceability of this Arbitration Provision, including the enforceability, revocability or validity of the Arbitration Provision and waiver of class action lawsuit and class-wide arbitration is to be determined solely by an arbitrator and not by a court or judge. If the arbitrator refuses to enforce the class-wide arbitration waiver, or if the arbitrator fails or refuses to enforce the waiver of class-wide arbitration, the parties agree that the Dispute will proceed in tribal court and will be decided by a tribal court judge, sitting without a jury, under applicable court rules and procedures and may be enforced by such court through any measures or reciprocity provisions available. This agreement not to bring, join or participate in class actions is an independent, severable agreement and shall survive the closing, funding, repayment and/or default of the loan for which you are applying.

**Applicable Law and Judicial Review.** THIS AGREEMENT TO ARBITRATE IS MADE PURSUANT TO A TRANSACTION INVOLVING THE INDIAN COMMERCE CLAUSE OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA, AND SHALL BE GOVERNED BY THE LAW OF the Tribe and applicable federal law. The arbitrator will apply the laws of the Tribe, the terms of this Agreement, including the Agreement to Arbitrate, and any applicable federal law. The arbitrator must apply the terms of this Agreement to Arbitrate, including without limitation the waiver of class-wide arbitration. The arbitrator may decide, with or without a hearing, any motion that is substantially similar to a motion to dismiss for failure to state a claim or a motion for summary judgment. If allowed by statute or applicable law, the arbitrator may award statutory damages and/or reasonable attorneys' fees and expenses. The arbitrator will make written findings and the arbitrator's award may be filed with the tribal court. The arbitration award will be supported by substantial evidence and must be consistent with this Agreement and applicable law or may be set aside by the tribal court upon judicial review.

**Other Provisions.** This Arbitration Provision will survive: (i) termination or changes in this Agreement, the Account, or the relationship between us concerning the Account; (ii) the bankruptcy of any party; and (iii) any transfer, sale or assignment of my Note, or any amounts owed on my account, to any other person or entity. This Arbitration Provision benefits and is binding upon you, your respective heirs, successors and assigns. It also benefits and is binding upon us, our successors and assigns, and related third parties. The Arbitration Provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. The Agreement to Arbitrate survives any termination, amendment, expiration, or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. If any of this Agreement to Arbitrate is held invalid, the remainder shall remain in effect.

☑ By checking this box you hereby agree to the terms of this Waiver of Jury Trial and Arbitration Section.

---

**GOVERNING LAW.** This Agreement and the Agreement to Arbitrate are governed by the Indian Commerce Clause of the Constitution of the United States of America and the laws of the Tribe, along with applicable federal law. We do not have a presence in any state of the United States of America. Neither this Agreement nor the Lender is subject to the laws of any states.

**SOVEREIGN IMMUNITY.** This Agreement and all related documents are being submitted by you to Opichi, LLC d/b/a Evergreen Services, a Tribal LLC, PO Box 834, Lac du Flambeau, WI 54538. Evergreen Services is an economic development arm, instrumentally, and limited liability company of the Tribe. The Tribe is a federally-recognized Indian Tribe and enjoys governmental sovereign immunity. Because the Tribe and Evergreen Services are entitled to sovereign immunity, you will be limited in what claims, if any, you may be able to assert against them. To encourage resolution of consumer complaints, and pursuant to the tribal consumer financial services code or law, all complaints lodged, filed, or otherwise submitted by you or on your behalf must follow the Governing Law and other procedures, as described herein.

**PRESERVATION OF SOVEREIGN IMMUNITY.** Nothing in this Agreement constitutes a waiver of the Tribe's sovereign immunity and the Tribe's immunity is full preserved and is not waived either in whole or in part by this Agreement. No waiver of the Tribe's immunity is or can be made except by express written declaration of the Tribe's Tribal Council specifically authorizing a waiver for the matter in question, and no wavier has been made with respect to either your Agreement or you.

CONSENT TO RECEIVE TELEPHONE CALLS AND TEXT MESSAGES

- **CONSENT TO TELEPHONE CALLS AND TEXT MESSAGES.** By electronically signing this Agreement by clicking the "I AGREE" button and entering your name below, you consent to receiving calls and Text Messages pertaining to your loan, including but not limited to, payment information, account information, due dates, delinquencies, program updates relating to your loan, and collection efforts, at any phone number you

have provided to us, our assignee(s), or anyone trying to collect the loan. You consent to calls and text messages using an automatic telephone dialing system or an artificial or prerecorded voice.

- How To Unsubscribe: You may withdraw your consent to receive Text Messages by texting "STOP" to the message you receive, calling us at 1-866-328-2556 or emailing us at customerservice@evergreenloans.com . You may withdraw your consent to receive telephone calls using an automatic telephone dialing system or an artificial or prerecorded voice by calling us at 1-866-328-2556 or emailing us at customerservice@evergreenloans.com. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive calls or Text Messages. We will not impose any fee upon you to process the withdrawal of your consent to receive calls or Text Messages. Any withdrawal of your consent to receive calls or use Text Messages will be effective only after we have a reasonable period of time to process your withdrawal.

- In order to access, view, and retain Text Messages that we make available to you, you must have: (1) a Text Message-capable mobile phone, (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on your mobile phone.

- To request additional information, text "HELP" to the message you receive or contact us by telephone at customerservice@evergreenloans.com.

- The services are available from most of the carriers that offer Text Messaging. Consult your mobile service carrier to confirm that they offer Text Messaging.

- There is no service fee for Text Messages but you are responsible for all charges imposed by your communications service provider, such as fees associated with Text Messaging. Consult your mobile service carrier's pricing plan to determine the charges for sending and receiving Text Messages. These charges will appear on your phone bill. Message frequency depends on account settings.

- You agree that we may send any Text Messages related to your loan through your communication service provider in order to deliver them to you and that your communication service provider is acting as your agent in this capacity. You agree to indemnify, defend, and hold us harmless from and against all claims, losses, liability, costs, and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state, or local law, or regulation or ordinance relating to Text Messages. Your obligation under this paragraph shall survive termination of this Agreement. You agree that Text Messages are provided for your convenience only.

- Receipt of each Text Message may be delayed or impacted by factors pertaining to your communications service provider. We will not be liable for losses or damages arising from any disclosure of account information to third parties, non-delivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the Text Messages sent by us.

- We may modify or terminate our Text Messaging services from time to time, for any reason, with or without notice, and without liability to you, any other user or third party.

---

### CONSENT TO RECEIVE ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS

- By checking the box below, you consent to our sending you Advertising and Telemarketing Text Messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice calls or texts.

- ☑ By checking this box, you hereby agree to the terms of this Advertising / Marketing Telephone Communications / Messaging consent. You acknowledge your consent to receive Advertising and Telemarketing Text Messages and telephone calls as described above to your mobile phone at ▮▮▮▮▮▮▮▮▮

- You are not required to consent to Advertising or Telemarketing Text Messages or calls to obtain credit or other services from us. At any time, you may withdraw your consent to receive Advertising or Telemarketing Text Messages or marketing calls to the mobile number provided by calling us at 866-328-2556 or emailing us at customerservice@evergreenloans.com.

- You understand that: any Advertising and Telemarketing Text Messages we send you may be accessed by anyone with access to your Text Messages; and your mobile phone service provider may charge you fees for Advertising and Telemarketing Text Messages that we send you, and you agree that we shall have no liability for the cost of any Advertising and Telemarketing Text Messages.

---

**PRIVACY POLICY:** By signing this Agreement, you acknowledge and agree to Evergreen Services Privacy Policy as stated on Evergreen Services website at the following link: http://www.evergreenloans.com/PrivacyPolicy.aspx AND that you have reviewed and acknowledge receipt of the Lenders' Privacy Policy.

**COVERED BORROWER IDENTIFICATION STATEMENT FOR COVERED TRANSACTIONS:** By signing below, you warrant that you ARE NOT a regular or reserve member of the U.S. Military, including the Army, Navy, Marine Corps, Air Force, or Coast Guard, serving on active duty under a call or order that does not specify a period of thirty (30) days or fewer (or a dependent of such a member).

**VERIFICATION:** You authorize us to verify all of the information you have provided in obtaining approval of this Loan, including but not limited to any past and/or present employment history, income and bank account details as may be necessary to process your application for this Loan and/or determine Due Dates. You specifically authorize us to use information you provided us, including your social security number and/or bank account number, to verify information in your Bank Account through telephone initiated bank records. You also give us consent to obtain information about you from consumer reporting agencies or other sources.

This Agreement includes a Waiver of Jury Trial and Arbitration Provision that may be enforced by you and us. By signing this Agreement you agree that it was filled in before you did so and that you have received a completed copy of it. You further agree that you have read and understand all of the terms of this Agreement, including the part entitled "Waiver of Jury Trial and Arbitration Provision.)"

*ADDITIONAL ACKNOWLEDGEMENTS: By electronically signing this Agreement you agree that this Electronic Signature has the full force and effect of your physical signature and that it binds you to this agreement in the same manner a physical signature would do and you further certify that*

*the information given in connection with this Agreement is true and correct. You authorize us to verify the information given in connection with this Agreement, and you give us consent to obtain information about you from a consumer reporting agency or other sources and as otherwise stated herein. You acknowledge, represent and warrant that (a) you have received, reviewed, understand, and agree to all of the terms and conditions of this Agreement, including but not limited to the disclosures, specifically including but not limited to the Truth in Lending Act, the Arbitration Agreement and Waiver of Jury Trial, the ACH Authorization, our Privacy Policy, Telephone Communications/Messaging provisions above (b) this Agreement is subject solely to the exclusive laws and Jurisdiction of The Tribe and you acknowledge that your right to file suit against us for any claim or dispute regarding this Agreement is limited by the ARBITRATION AGREEMENT (c) this Agreement contains all of the terms of the agreement between you and us and that no representations or promises other than those contained in this Agreement have been made, (d) you specifically authorize withdrawals and deposits to and from your Bank Account as described in this Agreement, if you have selected the ACH Debit Authorization, (e) you are not a debtor under any proceeding in Bankruptcy and have no intention to file a petition for relief under any chapter of the United States Bankruptcy Code, (f) this Agreement was filled in before you signed it, (g) you acknowledge that you agree to comply with, and be bound by all of the terms in this Agreement; and (h) you have the ability to print or retain a completed copy of this Agreement and have done so for your records.*

*You further acknowledge that we may withhold funding of your loan until we check to make sure all the information you gave us on your application is true and we decide whether you meet our requirements to receive the Loan. If we decided to fund and consummate the Loan, then you agree that the electronically signed Agreement we receive from you will be considered the original executed Agreement, which is binding and enforceable as to both parties. Finally, you further acknowledge that this agreement is approved or denied on Tribal land and is subject to final determination by us.*

NOTICE: YOU ARE ENTERING INTO A LOAN AGREEMENT WITH A FEDERALLY RECOGNIZED AMERICAN INDIAN TRIBE AND, AS SUCH, THE SUBSTANTIVE LAW APPLICABLE TO THIS LOAN AGREEMENT ARE THE LAWS OF THE TRIBE AND APPLICABLE FEDERAL LAW. THIS LOAN AGREEMENT IS NOT SUBJECT TO THE LAWS OF THE STATE WHERE YOU RESIDE.THIS AGREEMENT PROVIDES FOR RESOLUTION OF DISPUTES THROUGH FINAL AND BINDING ARBITRATION BEFORE A NEUTRAL ARBITRATOR AND REPLACES THE RIGHT TO GO TO COURT AND HAVE A DISPUTE RESOLVED BY A JUDGE OR JURY. THIS AGREEMENT ALSO WAIVES YOUR ABILITY TO PARTICIPATE IN A CLASS ACTION LAWSUIT OR CLASS-WIDE ARBITRATION.

Lender: EvergreenServices, LLC

**Borrower's E-Signature:** ███████████████

**First Name:** Joann  **Last Name:** McLaughlin  **Date:** 9/17/2019

*PLEASE NOTE YOU SHOULD PRINT AND RETAIN A COPY OF THIS LOAN AGREEMENT FOR YOUR RECORDS.*
*Any comments or questions may be directed to Evergreen Services, LLC. Comment Line at the following toll-free number: 866-328-2556*

# <u>**EXHIBIT B**</u>

# ABOUT LDF HOLDINGS

http://ldf-holdings.com/



*Our Community*

LDF Holdings is a wholly-owned subsidiary of the **Lac du Flambeau Business Development Corporation (LDF BDC)**, a wholly owned and operated economic arm and instrumentality of the **Lac du Flambeau Band of Lake Superior Chippewa Indians**, a federally recognized Indian Tribe.



The LDF BDC is the non-gaming business arm of the Lac du Flambeau Band of Lake Superior Chippewa Indians.

We place the highest value on integrity, respect, honesty and ethics. We practice these values in deed and word while working for and serving the best interest of the Waaswaaganing Ojibwe Nation.

Created in 2012, our focus is to create profitable business enterprises and sustainable jobs for our community members today and the next seven generations.

LDF Holdings owns and manages the entire online lending business, which currently includes 19 Tribal Lending Entities (TLEs). We are governed by the LDF Tribal Financial Services Regulatory Authority (TFSRA) as well as applicable federal laws.

LDF Holdings strives to offer the best customer service and loan product to our consumers by managing manages the relations with our partners and vendors. LDF Holdings is responsible for keeping up with the latest rules and regulations and ensuring our TLEs are operating in full compliance. We perform monthly compliance checks on all TLEs as well as annual audits.



**COMPANY**
Our Team
Careers
Contact

**SERVICES**
TLE Services
Testimonials







**LDF HOLDINGS**

About LDF Holdings | TLE Services | Find A Lender | Holdings Hints | Contact Us

# Financial Expertise

Read more

--- Our Offer --- | --- Our Commitment --- | --- Our Affiliations ---

**Our Offer:**

- Call Center Solutions
- Loan Processing
- Collections
- ACH Processing
- Quality Assurance
- Retention
- Customer Service
- Compliance
- Vendor Relations
- Dispute Resolution

We deliver confidence to Tribal Lending Entities. Trust is earned, and LDF Holdings stands on a foundation of trust-building bedrock.

- Compliance: Rigorous adherence to Tribal and applicable federal laws
- Oversight: Diligent review by Tribal Financial Regulation Authority
- Reliability: Leading technology platforms trusted by financial services industry
- Performance: Proven processes producing year-over-year growth since 2013
- Connectivity: Extensive banking and ACH relationships

**Proud Members of:**





ldf-holdings.com/

---

## Our Portfolios

    

    

    

  



## Operations Team



### Jessi Lorenzo

President

Jessi Lorenzo, President of LDF Holdings, has been in the short-term lending industry for more than eight years.

Before coming to LDF Holdings in January of 2017, Jessi worked for Triax Management, the management company that LDF Holdings was utilizing to help grow their lending business. Prior to this industry she spent many years in advertising sales.

Jessi grew up in New England, attended the University of New Hampshire where she played Division 1 Tennis. She resides in in Tampa, Florida, with her wife Lily and their three small children Warren, Drew and Lucia.





### Kemberlar Smith

Compliance Director

Kemberlar Smith is an Operational Risk Professional with over 20 years of banking experience in the fields of financial planning, budgeting, operations, Quality Assurance, Auditing, Mortgage Processing and Underwriting, Compliance Training/Implementation & Risk and Control Management.

Kemberlar moved to Florida in 2002 from New York where she had worked for notable companies such as the Wall Street Stock Exchange, CitiFinancial at 1 World Trade Center, JP Morgan Chase and Xerox Corporation. In the 15 years that she has been in Florida, she worked for Bank of America for three years and Wells Fargo Bank, N.A. for 12 years, holding several positions in Process Implementation, Quality Assurance, Risk Management and Compliance.

Kemberlar's greatest joys in life is God, her wonderful son, Dr. Josh, her 4-legged daughter Sasha, her family, travelling, writing, shopping, mentoring women and spending quality time alone to refresh, renew and revive herself.





## Melinda Walker

Vendor Relations Coordinator

Melinda began with LDF Holdings in 2015 as a Customer Service Representative. Through hard work, dedication and expanding her knowledge, she advanced quickly to Vendor Relations Manager. She continues to strive for excellence and is a key player in streamlining the onboarding process. Prior to joining LDF Holdings, Melinda worked for Lake of the Torches Resort Casino as an Executive Assistant, as well as various Tribal departments.

Melinda is a Lac du Flambeau Band of Lake Superior Chippewa Indians Tribal Member. She grew up on the Lac du Flambeau reservation and remains close to her traditions and culture. She is the mother of three wonderful children - Lauryn, Charlie and Avari. In her off time, she enjoys spending quality time with her husband, Joe and children whether it be at the movies, on a road trip or in the comfort of their cabin in the woods. She enjoys disc golfing, hiking, video gaming and making custom furniture, but most importantly, adventure.



## Crystal Williams

Compliance Coordinator

Crystal began with LDF Holdings in 2017 as an intern in the Vendor Relations department. Through hard work and dedication, she quickly joined the Vendor Relations team. In February 2018, she obtained the Compliance team and has quickly attained all the training and credentials. Key attributes demonstrate her drive, dedication and quality workmanship to her objective.

Prior to joining LDF Holdings, Crystal has worked in retail, manufacturing, and administration departments. She is also a Lac du Flambeau Band of Lake Superior Chippewa Indians Tribal member. She grew up on the Lac du Flambeau reservation. She currently lives in Woodruff with her life partner Levi and their two loyal babies, Oreo cats, Mew and Maple.

Outside of work, Crystal enjoys spending time with her family, travel and everything.



## Brittany Allen

Executive Assistant

Brittany joined LDF Holdings in 2019 as the Executive Assistant to LDF Holdings President. A Lac du Flambeau Band of Lake Superior Chippewa Indians Tribal Member, she's the mother of two wonderful little boys, ages 1 and 5. She holds a tribal management degree from Nicolet College. And, she has studied hospitality business management with a minor in casino industry management at Michigan State University.

# **EXHIBIT C**







**Tracy Whitman**
Operations Manager

**Antoinette Beaudry**
Operations Supervisor

**Dan TwoCrow**
Call Center Supervisor

**Joe Walker**
Trainer

**Alan Moore**
Tech Support



Our Dedicated Call Center Staff

## View Our Employee Spotlights



**COMPANY**
Our Team
Careers
Contact

**SERVICES**
TLE Services
Testimonials

© 2019 LDF Holdings. All Rights Reserved.

## LinkedIn Profile of Jessi Lorenzo, Accessed April 30, 2020



https://www.linkedin.com/in/jessi-phillips-lorenzo-bb56774/

# EXHIBIT D

July 2013 *Inwewin* Article

| INWEWIN | July 2013 | Page 8 |
|---------|-----------|--------|

## Internet Lending Business

In late May, the Tribe launched an exciting new business that has unlimited potential - Internet Lending. While the business model has been around for years, and is sometimes confused with payday lending, there are many differences between the two types of businesses. Internet lending is done strictly online, as opposed to the traditional "brick and morter" (store) payday loan operations. Some view payday loan and internet lending businesses as predatory, with companies taking advantage of individuals already in unpleasant financial situations. The Tribe's business model is proven, and offers safeguards against individuals defaulting. To avoid conflict, Tribal Members and residents of the state of Wisconsin will not be eligible for lending services.

More than a year of research and much work has been done. In December 2012, the Tribal Council approved an Internet Lending Ordinance. The Ordinance sets forth the rules and regulations for internet lending operations, and the Tribal Council is now in the process of creating an Internet Lending Commission that will develop and implement regulatory standards and procedures, and ensure compliance to the standards and procedures.

Initially the Internet Lending business is set to employ three full time staff to work in the call center and process loan applications. Projections indicate significant growth for the business within two years. Similar models currently in operation have added upwards of 100 positions within the first 12 to 18 months. The Tribe's lending model expects to add at least 40 jobs within the first year of operation. "Our growth projects are modest and grounded in reality," said Brent McFarland, Director of Business and Economic Development for the Tribe. "We want to make sure we do everything right from the beginning. We don't want to grow too fast, and we want our staff to have all of the proper training and skills, which will create a lasting foundation for years to come."

The Tribe has partnered with one of the largest and most experienced lending companies - and the company has successfully helped other tribes enter into the internet lending business. The Rocky Boy Cree Tribe entered the internet lending industry, and has experienced enormous growth in less than three years - now employing more than 100 people. *Inwewin* will continue to update you on this exciting Tribal business venture.

**Inwewin**
Lac Du Flambeau Lake Superior Band of Chippewa Indians
Communications Office
Post Office Box 67

# **EXHIBIT E**

**milwaukee journal sentinel**

Home    News    Sports    Packers    Business    Communities

# Lac du Flambeau Chippewa enter payday loan business with eye to online gambling

*By Cary Spivak of the Journal Sentinel*

Dec. 29, 2013                    ● 0   f  🐦  ✉  🖨

Need cash fast? The Lac du Flambeau Chippewa's online payday loan centers are there for you. Want to place an online bet? The tribe soon hopes to handle that for you as well.

Three years after the Lac du Flambeau defaulted on a $50 million bond — a move that remains the subject of a court fight — and five years after it considered mortgaging portions of its reservation, the Vilas County tribe is aggressively looking at the Internet for ways to increase its revenue.

Tom Maulson, the tribe's blunt-talking president, dismisses critics who see gambling and high-interest, short-term lending as businesses that prey on the poor. "It's legal to do, and we're doing it legally," Maulson said.

Tribal governments across the nation are looking at online businesses because they offer tribes the opportunity to tap revenue from consumers who might not travel to reservations, which are often in remote areas.

"The Internet is a robust environment to grow our economy, and we're looking for ways to leverage (the tribe's) sovereignty in a responsible manner," said Brent McFarland, the Lac du Flambeau's director of business development. "We see the Internet as a tremendous opportunity to do that."

Lac du Flambeau Chippewa enter payday loan business with eye to online gambling

Since May the tribe has launched three online payday lending companies, two of which came online this month, and set up the infrastructure for an Internet casino. If online gambling were legalized throughout the country or in Wisconsin, "we could just flip a switch" and turn the online casino, which currently uses play money, into one that takes bets using real money, Maulson said.

The tribe may not wait for a law change before taking online bets on a limited basis — only via Internet connections available within the boundaries of the tribe's reservation — as it is a driving force in the Tribal Internet Gaming Alliance, a group hoping to launch a multi-tribe online casino.

Because that dreamed-of casino would offer only poker, bingo and high-speed video slots linked to bingo — games known in federal law as Class II gaming — it could be offered on the grounds of reservations without a change in the law, said Jeffrey Nelson, the Washington-based attorney for the alliance.

The Chippewa tribe is not alone in looking at cyberspace for revenue. About two dozen tribes across the country have launched short-term lending operations online, and the potential of online gaming is being talked about by tribes, states and Congress.

Barry Brandon, executive director of the Native American Financial Services Association, the trade group for the fledgling online tribal short-term lending industry, sees similarities between Indian gaming and tribal lending.

The same type of legal and political battles that tribes fought some 25 or 30 years ago when Indian casinos were first popping up are being fought today, said Brandon, who noted that most of the tribal lenders went online in the past three years.

In both cases, the tribes sought to exert their sovereign powers to enter an industry.

"Tribes that are looking for economic development opportunities frequently find that businesses that ... are heavily regulated by a state are often a great fit for Indian country," said Brandon, a member of the Muscogee (Creek) Nation.

As sovereign governments, tribes seek to operate the businesses in accordance with tribal law and federal law, he said.

Both of the Lac du Flambeau's online ventures involve controversial, emerging online industries, where laws are murky and are just beginning to be interpreted by courts and regulators.

## Legal Battle Over Lending

The New York Department of Financial Services and the Center for Responsible Lending, a nonprofit watchdog group, see the tribal online payday lenders as a blatant attempt to dodge state regulators.

In October, a federal judge in New York ruled that regulators in that state could oversee online tribal lenders making loans to state residents, a ruling that would effectively put the lenders out of business in the state, which has caps on interest that lenders may charge. The ruling came in a lawsuit filed by two tribes that argued their online lending operations were immune from state regulation. The tribes have appealed.

"Payday lenders have pursued various schemes for evading state law, of which partnering with tribes is the latest iteration," the Center for Responsible Lending wrote last month in a friend of the court brief filed in New York lawsuit. "New York rightly seeks to stop this abuse."

The Lac du Flambeau's three lenders — one of which offers loans that carry an annual interest rate of more than 400% — will not make loans in Wisconsin or several other states. Tribal lenders frequently avoid making loans in their home states or states that have particularly aggressive regulators.

"It keeps our relationship with the state of Wisconsin healthy," said the Lac du Flambeau's McFarland, who objects to calling the lending operation "payday lending," preferring the term "short-term lending."

Wisconsin regulators are trying to determine what jurisdiction they may have over the tribe's three lenders — Bright Star Cash, RadiantCredit and Blue Frog Cash — said George Althoff, spokesman for the Department of Financial Institutions.

Peter Bildsten, secretary of the department, met with tribal representatives in August, but no decisions were made at the meeting, Althoff said. The secretary did not sign off on the tribe's website claims that it was subject to tribal and federal law only.

"The Secretary certainly did not and would not offer any determination of DFI's regulatory authority over tribal lending in such an informal setting," Althoff said in a follow-up email. "With the recent growth in tribal, online and offshore lending, state and federal regulators are reviewing the extent of their regulatory jurisdiction in this area."

Despite that, McFarland said the tribe plans to continue launching new loan operations, each of which is backed by individual pools of private equity investors.

The lending operations create jobs on the reservation for tribal members and nonmembers, McFarland said. The tribe's three lenders employ about eight people, a figure McFarland hopes grows to 120 in a year as the call center expands.

McFarland added that the "number one reason" for launching the pay centers is simple: "There is a market for it ... people need it," he said. "If you don't have a credit card and you need $400 or you're going to be evicted, where else are you going to go?"

## 'Flip The Switch'?

While the online lending operations are up and running, creating a casino that could take bets online is much more of a long shot.

The tribe could launch an online casino if the federal government or Wisconsin legalized the games — a proposition that is not even being talked about in Madison. There has been some debate over online gambling in Congress, but so far only Nevada, New Jersey and Delaware

Lac du Flambeau Chippewa enter payday loan business with eye to online gambling

have approved it for their states. No tribes are offering online gambling, said Christinia Thomas, deputy chief of staff at the National Indian Gaming Commission.

The more likely scenario is to offer online Class II games on reservation grounds similar to the fast-moving slot machines offered at the Ho-Chunk tribe's casino near Madison, which offers more than 1,100 slot machines.

The Lac du Flambeau "can flip the switch (to launch a Class II online casino) without any change in state or federal law," said Nelson, the attorney for the tribal alliance.

A Class II online casino would be limited to reservation land, Nelson said. Gamblers would be able to travel around a reservation and continue playing casino games on laptops, smartphones or other mobile devices.

It could particularly appeal to "the growing demographic of younger generation gamblers who are more interested in online play," Nelson said. "They won't have to even walk into the brick-and-mortar casino."

In order for a Class II casino to rake in large profits, numerous other tribes would have to join the Tribal Internet Gaming Alliance, Nelson said, explaining that more members would improve the games for the bettors. He predicted the alliance would not offer online casino gambling of any sort until at least 2015.

One possible complication to the Lac du Flambeau's casino effort is the role that Maulson's son, Kevin Maulson, is playing as a consultant to the association, trying to persuade other tribes to join the group and define its duties. Kevin Maulson pleaded guilty to three felonies in 2010 after being charged in a securities scheme that prosecutors said cost investors more than $1 million. He declined to comment for this article. Nelson noted the younger Maulson does not need a gaming license to work for the association.

Although the lending and casino efforts are separate, there is some synergy between the two.

Lac du Flambeau Chippewa enter payday loan business with eye to online gambling

Common sense says that borrowing money to play the slots is a losing proposition. In fact, the websites for the tribal lending business each warn borrowers that the loans are expensive and should be use be used only for emergencies.

Still, Maulson, the tribal president, said he would have no problem if some of the tribe's lending customers used the fast cash to feed tribal slot machines.

"I can't play the morality police," said Brandon, the head of the Indian payday lending trade group.

The tribes, he said, can't say to customers, "Are you going to use this for gambling, and if so I'm not going to lend you the money."



**About Cary Spivak**

Cary Spivak does investigative business projects and covers the casino industry. He has won numerous state and national awards.

🐦 @cspivak  ✉ cspivak@journalsentinel.com  📞 414-223-5467

💬 0        f Share        🐦 Tweet        ✉ Email        🖶 Print

Help · Terms of Service · Your California Privacy Rights/Privacy Policy · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · **Do Not Sell My Info/Cookie Policy**

   

© Copyright Gannett 2021

# **EXHIBIT F**

**Location of Infinity's Web Server that Hosts Evergreen**



# **EXHIBIT G**

# Domain Registration for InfinityELS.com

```
Domain Name: INFINITYELS.COM
Registry Domain ID: 1521784383_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-08-20T04:35:05Z
Creation Date: 2008-10-10T22:00:53Z
Registrar Registration Expiration Date: 2020-10-10T22:00:53Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Chris Leyva
Registrant Organization:
Registrant Street: 910 Roberta Lane
Registrant City: Sparks
Registrant State/Province: Nevada
Registrant Postal Code: 89431
Registrant Country: United States
Registrant Phone: +1.7752847728
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: general@paydayloanmanager.com
Registry Admin ID:
Admin Name: Chris Leyva
Admin Organization:
Admin Street: 910 Roberta Lane
Admin City: Sparks
Admin State/Province: Nevada
Admin Postal Code: 89431
Admin Country: United States
Admin Phone: +1.7752847728
Admin Phone Ext:
Admin Fax:
```

## Domain Registration for InfinityELS.com

Admin Fax Ext:

Admin Email: general@paydayloanmanager.com

Registry Tech ID:

Tech Name: Chris Leyva

Tech Organization:

Tech Street: 910 Roberta Lane

Tech City: Sparks

Tech State/Province: Nevada

Tech Postal Code: 89431

Tech Country: United States

Tech Phone: +1.7752847720

Tech Phone Ext:

Tech Fax:

Tech Fax Ext:

Tech Email: general@paydayloanmanager.com

Name Server: NS1.TESTWEBSITE.NET

Name Server: NS2.TESTWEBSITE.NET

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

# **<u>EXHIBIT H</u>**



### Payday Loan Manager
### MANAGER

HOME    PRODUCTS    BENEFITS    DEMO    FEES    CONTACT US



## Payday Loan Manager
### "The Loan Software That Makes You Money"

ACH

ARC/ Processing

RCK

Check Conversion



**Call 1-866-729-3682 for a demonstration of these payment solutions.**

**Advanced Payment and Collection Systems**
We offer both integrated and stand alone payment processing solutions.

Payday Loan Manager has an integrated ach provider that automatically handles the crediting and debiting on your loans.

Even Payday Loan companies that do not provide online loans can benefit from the new technologies that help collect payments quicker and increase the recovery of NSF's while decreasing the recovery time. Some of the benefits of electronic checks are:

- Faster check payment processing
- Returned items are discovered faster, expediting the collection process
- Transaction reporting available real-time
- Checks are electronically deposited in your account - no trips to the bank
- First claim to available funds
- More presentments
- Lower processing costs
- Faster NSF notification
- Eliminate NSF Fee's
- and much more

Read through these pages and learn more about how you can benefit from the various types of electronic payment and collection programs.

# **<u>EXHIBIT I</u>**

# THE MOST TRUSTED LOAN MANAGEMENT PLATFORM IN OUR INDUSTRY



—**Dustin Dernier, CEO** 605 Lending

"Infinity Software is forever evolving and is a breeze to learn and use! The Infinity Team has helped us grow our start up into something to be very proud of. The entire team has been there fo...

***Read More...***



# **EXHIBIT J**



## THE MOST TRUSTED LOAN MANAGEMENT PLATFORM IN OUR INDUSTRY

⭑ ⭑ ⭑ ⭑ ⭑

*"Your software platform provided the ideal mix of processing capacity, high availability, and resource scalability that each proved vital components throughout our implementation. We sincerely appreciate the relationship with our friends at Infinity Software and consider their software platform an indispensable resource in operational landscape."*

**Read Less**



**—John Humphrey, COO** DMP Investments

# **<u>EXHIBIT K</u>**

Evergreen Services



Privacy Policy

# PRIVACY POLICY

Rev. April 2021

| FACTS | WHAT DOES Opichi, LLC d/b/a Evergreen Services DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social security number<br>• Income and account transactions<br>• Account balances and payment history<br>• Credit history and credit scores |
| How? | All financial companies need to share customer's personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers personal information; the reason Opichi, LLC d/b/a Evergreen Services chooses to share; and whether you can limit this sharing |

| Reasons we can share your personal information | Does Evergreen Services share? | Can you limit the sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus. | YES | NO |

https://evergreenloans.com/privacy-policy

1/6

Evergreen Services

| | | |
|---|---|---|
| For our marketing purposes – to offer our products and services to you | YES | NO |
| For joint marketing with other financial companies | NO | WE DO NOT SHARE |
| For our affiliates' everyday business purposes – information about your transactions and experiences | YES | NO |
| For our affiliates' everyday business purposes – information about your creditworthiness | YES | YES |
| For our affiliates to market to you | YES | YES |
| For nonaffiliates to market to you | YES | YES |

| | |
|---|---|
| To Limit Our Sharing | • Call 866-328-2556 and our menu will prompt you through your choices or<br>• Contact us via email at customerservice@evergreenloans.com<br><br>Please Note:<br>If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we can share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
| QUESTIONS? | Call 866-328-2556 or go to customerservice@evergreenloans.com |

| Who we are | |
|---|---|
| Who is providing this notice? | Opichi, LLC d/b/a Evergreen Services, a business entity of the Lac du Flambeau Indian Community, is providing this privacy policy. |

| What we do: | |
|---|---|
| How does **Evergreen Services** protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with Tribal and federal law. These measures include computer safeguards and secured files and buildings.<br>All information collected is stored in a secure environment. |
| How does Evergreen Services collect my personal information? | We collect your personal information, for example, when you<br><br>• open an account or deposit money<br>• pay your bills or apply for a loan<br>• give us your income information or employment history<br>• give us your contact information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br><br>• sharing for affiliates everyday business purposes information about your creditworthiness |

| | Evergreen Services<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you |
|---|---|
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

Definitions

| | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Opichi, LLC has no affiliates. Our affiliates includes other business entities of the Lac du Flambeau Band of Lake Superior Chippewa Indians of Wisconsin.*<br>• *Our third party affiliate data sharing policy does not apply to SMS.* |
| Nonaffiliates | Companies not related by common control. They can be financial and nonfinancial companies.<br>• *Nonaffiliates we can share with include service providers, data processors, advertisers, direct mail companies for application resell and other puposes including other nonaffiliated lenders and other non-affiliated companies as permitted by law.* |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• *Evergreen Services doesn't jointly market.* |

Loan Amount ⌄

First Name

Last Name

Email Address

Postal Code

APPLY NOW

# What Our Client's Are Saying

Evergreen Services

 I can't believe how simple the process was and your service was top notch. Your agents are personable and very helpful and understanding. I was pretty impressed. - Susie D.

 I would absolutely use your services again. I hope I don't need to (LOL) but I would definitely use Evergreen again if and when I had the need. - Tom S.

# Already a Customer?

## LOGIN HERE



Evergreen Services is a consumer lending company specializing in online installment loans.

Unlike many other lending companies, we offer flexible payment options that empower our customers to better control their finances.

 

## Shortcut Links

HOW IT WORKS

FAQ's

RATES

RESPONSIBLE LENDING

CONTACT US

APPLY NOW

LOGIN

## Additional Links

PRIVACY POLICY

PRIVACY NOTICE

ADDITIONAL IMPORTANT DISCLOSURES

TERMS OF USE

EVERGREEN SERVICES LICENSE

HOME

https://evergreenloans.com/privacy-policy

Evergreen Services

## Contact Us

Evergreen Services

PO Box 834

Lac Du Flambeau, WI 54538

PH: 866-328-2556

FAX: 866-252-5552

customerservice@evergreenloans.com

Copyright 2022 © Evergreen Services. All Rights Reserved.

Opichi, LLC D/B/A Evergreen Services is a wholly owned and operated Native American business organized under the Laws of the Lac Du Flambeau Band of Lake Superior Chippewa Indians, a Federally Recognized Indian Tribe and Sovereign Nation located within the Interior Boundaries of the Lac Du Flambeau Reservation of Wisconsin United States of America.

Completion of our Loan Application does not guarantee that you will be approved for a Installment Loan offer. The maximum loan amount for first-time customers is $700.00.

†Approval is based on applicant information verification by a Loan Specialist. All application information must be received, verified and approved by a Loan Specialist by 4:00pm PST in order to receive your money the next business day.

Please Note: This is an expensive form of borrowing. Evergreenloans.com loans are designed to assist you in meeting your short-term financial needs and are not intended to be a long-term financial solution. Examples of why our services may be used include unexpected emergencies, automobile repair bills, or medical care.

Opichi LLC dba Evergreen Services does not lend to residents of: Arkansas, Colorado, Connecticut, District of Columbia (D.C.), Georgia, Illinois, Maine, Maryland, Massachusetts, Minnesota**, Montana, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Wisconsin, Vermont, Virginia, Washington**, or West Virginia.

**Lending Exception for States of Minnesota and Washington: Will lend to returning customers only.

Evergreen Services

The service and website may change at any time without notice.

If you have any additional questions, please call us at 866-328-2556 or email us at customerservice@evergreenloans.com.

App Version: 1.49.90.0