IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOANN MCLAUGHLIN, )<br>on behalf of Plaintiff and the class members )<br>described herein, )<br>)<br>      Plaintiff, )<br>)<br>   vs. )<br>)<br>OPICHI, LLC doing business as )<br>Evergreen Services; )<br>LDF HOLDINGS, LLC; )<br>JESSI LEE PHILLIPS LORENZO, )<br>also known as Jessi Phillips Lorenzo, )<br>formerly known as Jessi Lee Phillips; )<br>RIVO HOLDINGS, LLC; )<br>VELOCITY VENTURES GROUP, LLC, )<br>doing business as INFINITY )<br>ENTERPRISE LENDING SYSTEMS; )<br>MARK KOETTING; DAN KOETTING; )<br>and JOHN DOES 1-20, )<br>)<br>      Defendants. ) | Case No.: 1:23-cv-02709<br><br>Judge John Robert Blakey |

**NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES**

      Plaintiff JoAnn McLaughlin ("Plaintiff") submits this notice to inform the Court that the parties have settled this matter in principle and expect to file dismissal papers within the next forty-five days. Accordingly, Plaintiff respectfully requests that all deadlines be stayed.

      Respectfully submitted,

      */s/Matthew J. Goldstein*
      Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
    **& GOODWIN, LLC**

1

20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

2

## CERTIFICATE OF SERVICE

      I, Matthew J. Goldstein, hereby certify that on Wednesday, August 2, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record. I further certify that I sent the forgoing document to the following:

    Patrick McAndrews
    Spencer Fane LLP
    pmcandrews@spencerfane.com

    *Counsel for Opichi, LLC, LDF Holdings, LLC, and Jessi Lee Phillips Lorenzo*

                                                                           */s/Matthew J. Goldstein*
                                                                           Matthew J. Goldstein


Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com