# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Joann McLaughlin,

Plaintiff(s),

v.

Opichi, LLC et al.,

Defendant(s).

Case No. 23 CV 2709
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Based upon the filing of the notice of voluntary dismissal [22], this case is dismissed with prejudice as to the Plaintiff's individual claims against Defendants and without prejudice as to the putative class claims. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey.


Date: 10/11/2023

Thomas G. Bruton, Clerk of Court

G. Lewis , Deputy Clerk